THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID HARROD**                                                                              **PETITIONER**
Reg #15115-010

v.                          Case No. 2:20-cv-00240-KGB

**BUREAU OF PRISONS**                                          **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Petitioner David Harrod did not object to Judge Kearney's Proposed Findings and Recommendations, and he appears to have been released from federal custody (*Id.*, at 3). After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Harrod's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). All requested relief is denied.

It is so ordered this 9th day of January, 2023.

                                                     _/s/ Kristine G. Baker_
                                                        Kristine G. Baker
                                                        United States District Judge